UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| TIMOTHY D. SHAWVER,<br><br>  Plaintiff,<br><br>v.<br><br>SAXON MORTGAGE SERVICES,<br>INC., a Texas Corporation,<br><br>  Defendant. | Case No. 1:10-CV-005-BLW<br><br>**ORDER** |

The Court has before it the parties' Stipulation for Judgment of Dismissal (Dkt. 27). Good cause appearing, the Court will grant the stipulation. Accordingly,

**IT IS ORDERED:**

1. The parties' Stipulation for Judgment of Dismissal (Dkt. 27) is **GRANTED**. This case is dismissed with prejudice in its entirety with each party bearing their own costs and fees. The Court will enter a separate judgment pursuant to Fed. R. Civ. P. 58.

DATED: **February 9, 2011**

B. LYNN WINMILL
Chief U.S. District Court Judge